**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 15 MAL 2017
:
           Respondent : 
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
ANDREW LEE LITTLE, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.